# PORTSMOUTH SHERIFF'S OFFICE



# POLICY & PROCEDURE

Each Deputy is responsible for knowing the contents of this manual.



P-209
Page 1 of 2
Date of Issue – 09/09/98

# DISCIPLINE

| DISTRIBUTION – ALL PERSONNEL | REPLACES – ALL PREVIOUS EDITIONS |
|---|---|

STANDARDS:

POLICY:

The Portsmouth Sheriff's Office will ensure that all personnel who have come into question regarding the application, interpretation and content of the policies, accepted procedures and standards of the Sheriff's Office have the opportunity to bring those questions and concerns to the attention of the Sheriff's Office.

Disciplinary actions, job termination, wages, work assignments, policies, procedures and standards are not subject to any type of grievance action.

PROCEDURE:

### RESPONSIBILITY

1. The Sheriff, as the elected official, has the responsibility to carry out the duties of the Office of the Sheriff. These duties include but are not limited to day to day operations, both directly and indirectly; personnel selection, retention, promotion, demotion and termination.

### VIOLATIONS

2. Alleged violations of the Standards of Conduct (P-208), or failing to follow the policies and procedures established by the Office of the Sheriff may serve to cause an investigation, whether the alleged violation is reported by a citizen, supervisor or other personnel.

3. Alleged violations will be investigated by the Internal Affairs Officer under AM-104.

   A. Personnel involved will attend all meetings as directed and assist in the resolution of the matter by answering any questions directed to them, presenting any information they may have on their own behalf and exhibiting a professional demeanor in resolving any and all issues.

   B. Upon receiving the findings of the Internal Affairs Officer the Sheriff will take one of the four actions described under AM-104 #21.

### NOTIFICATION

4. Personnel will be notified immediately in writing when a determination has been made by the Office of the Sheriff.

**REVIEW**

5. The deputy or other personnel involved may request in writing a meeting with the Sheriff to discuss any disciplinary action recommended or taken; or not taken.

6. The Sheriff may choose to uphold the decision made without comment, may suspend imposition of any decision or take the opportunity to explain the basis or rationale for an



P-208
Page 1 of 5
Date of Issue – 01/22/00

# STANDARDS OF CONDUCT

| DISTRIBUTION – ALL PERSONNEL | REPLACES – ALL PREVIOUS EDITIONS |
|---|---|

STANDARDS:

POLICY:

    It is the policy of the Portsmouth Sheriff's Office that all members will conduct themselves in a manner that will not bring discredit to the Office of the Sheriff or to themselves. This applies to all situations whether on or off duty and regardless of location.

PROCEDURE:

### GENERAL STANDARDS

1. To meet the requirements of this policy, the following standards will be maintained at all times:

    A. Attendance must be in compliance with the established work schedule.

        i. You must not be absent without proper notification to your immediate supervisor.

        ii. You must arrive at work in time to be briefed and properly assume your assigned duties.

        iii. You must not leave your assigned duty until authorized and properly relieved.

2. You must apply your full attention to your assigned duties.

3. You must comply with instructions and orders from a supervisor. This includes following orders relayed to you by another staff member.

4. If you are given a proper order, but this order is in conflict with a previous order, policy, rule or other regulation, inform the supervisor of the conflict, if the order is not retracted or modified, the order stands. You will follow the new order but will not be held responsible for not following the previous order, policy, rule or other regulation.

5. You are not required to obey any order which you know or should know or have reason to believe will require you to commit an illegal act. You may ask the issuing supervisor to clarify or otherwise review such an order.

Case 2:10-cv-00227-RGD -FBS   Document 6-5   Filed 05/20/10   Page 5 of 8 PageID# 73

STANDARDS OF CONDUCT
Page 2 of 5

6. You must comply with all laws, both on duty and off. A conviction for any violation of local, state or federal laws is sufficient to violate this section.

7. You must be courteous in all dealings with the public. It must be remembered that while we are involved in our work environment daily, many of the citizens we meet each day have very little contact and are not familiar with our rules or procedures.

   A. Maintain a high level of patience and discretion in all dealings with members of the public.

   B. Do not use abusive language or gestures.

   C. You are not to express any prejudice or allow any prejudice concerning race, sex, religion, politics, national origin, or lifestyle to enter your actions or decision-making process.

8. You must become knowledgeable of all Inmate Rights and observe, comply and ensure these rights.

9. You must not lose, misuse or abuse any property belonging to the Sheriff's Office, City of Portsmouth, inmates or any citizen. You will be responsible for the cost of repair or replacement of any such property.

10. You must perform your job in a competent and safe manner within the limits of your authority.

11. You must keep complete and accurate records of all Sheriff's Office Business when required by Policy & Procedure, by Law or by direction of a supervisor.

12. You must wear only the approved, complete uniform on duty. If your assignment requires or allows the wearing of civilian attire on duty it must meet established business standards or have the approval of the Office of the Sheriff. No mixing of civilian attire and the uniform is authorized.

13. You must not use any type of alcohol, illegal drug or other intoxicant while on duty whether in uniform or not.

   A. If you are still in uniform but are off duty you still must not use any type of alcohol, illegal drug or other intoxicant.

   B. If you are off duty and out of uniform you must not use alcohol to such extent that it results in impairment, intoxication, obnoxious or offensive behavior that would bring any discredit to you or the Sheriff's Office.

    C.     You must at all times be able to report for duty if called upon to do so. You must not report for duty under the influence of any alcohol or drug or with the odor of any alcohol or drug on your breath.

    D.     You must report any prescribed medications that may in any way affect your performance to your supervisor. This applies whether prescribed by private physician or the City Physician. You must not attempt to work in any impaired condition.

    E.     You must submit to such tests, examinations, photographs or lineups as may be directed by the Office of the Sheriff. Listed below are primary tests and examinations utilized and their conditions of use:

        i.     Polygraph examinations when this exam is specifically directed and related to a narrowly defined issue as the result of an Internal Affairs investigation.

        ii.     Medical examinations other than annual physicals, photographs, line ups, urine tests, ballistics tests of any issue or owned weapon and chemical tests related to narrowly defined issue as the result of an Internal Affairs investigation.

        iii.     Meeting the standards of the annual physical is required for continued employment.

14.     You must not associate with known felons or with any person known to be under criminal investigation, indictment or having a known reputation for involvement, past or present, in criminal behavior. Exception shall only be in the conduct of your official duties and where, by blood or marriage, such contact is unavoidable.

15.     You must not accept or solicit, directly or indirectly any gift, gratuity, fee, loan or other thing of value offered because of being a member of the Sheriff's Office or any activity connected with law enforcement.

    A.     Your conduct must not be or appear to be influenced in any way by the offer of any such gift, gratuity, fee, loan or other thing of value.

    B.     No member of the Sheriff's Office may receive any gift or gratuity from another employee junior in rank without prior permission from the Office of the Sheriff.

    C.     Service in the line of duty may not be rewarded by the offer or acceptance of any gift, gratuity or reward in money or other

consideration except lawful salary or other compensation that may be authorized by law.

16. Unless specifically authorized by the Sheriff you must not appear on radio or television, publish in newspapers or magazines or release case relevant information while implying or stating that you represent the Portsmouth Sheriff's Office.

17. You must promptly report any court actions in which you are involved, either as plaintiff or defendant, in writing, to your direct supervisor and Internal Affairs. This shall apply to both criminal and civil cases whether they originated on or off duty.

   A. In cases where you have filed criminal charges or have had criminal charges (including traffic charges) filed against you, a copy of the summons, warrant or indictment presented to the IAU will meet the requirements of this section.

   B. In civil cases at least a brief statement of the circumstances is required. It may be typed or hand written in black ink. If you have a Warrant in Debt, Motion for Judgement or other civil document a copy will serve to inform IAU. The IAU will advise you if any additional information is needed.

18. Mishandling of your personal finances brings discredit on you and the Sheriff's Office. Allowing Warrants in Debt and Garnishments to occur is considered a violation of these Standards.

19. Do not discuss departmental business away from the workplace with non-members of this department. All departmental business is considered confidential at all times unless authorized by the Sheriff or his designee for public release.

20. Deputies and staff are not to develop personal relationships, exchange gifts, deliver or mail cards or otherwise conduct non-professional business with any inmate or former inmate.

**PENALTIES AND CONSIDERATIONS**

21. Violations of these Standards of Conduct, failure to follow any or all Policies and Procedures in this manual or any behavior that is not consistent with the maintenance of safety and good order for the public and the Portsmouth Sheriff's Office are punishable by written or verbal reprimand, suspension without pay or termination.

22. Not every conceivable situation can be covered specifically. You are responsible for conducting yourself in such a manner that you exhibit pride in your job, your employer, your uniform and most importantly in yourself.